

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2019

No. 04-18-00819-CV

Margarita **MALDONADO**,
Appellant

v.

Trenton **FRANKLIN**,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-24167
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

The Appellant's Motion to Withdraw by Michael McEvilly is hereby GRANTED.

It is so **ORDERED** on August 16, 2019.

**PER CURIAM**

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court